# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| **PATTON BOGGS LLP,** | § | |
| | § | |
| **Plaintiff,** | § | |
| v. | § | **CIVIL NO. 2:12-CV-160** |
| | § | |
| **UPAID SYSTEMS, LTD.,** | § | |
| | § | |
| **Defendant.** | § | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Plaintiff, Patton Boggs LLP, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) files this Notice of Voluntary Dismissal Without Prejudice as to Defendant Upaid Systems, Ltd.  Defendant has yet to file an answer or motion for summary judgment.

**Dated: July 31, 2012**           Respectfully submitted,

/s/ T. John Ward, Jr.
T. John Ward, Jr. – LEAD ATTORNEY
Texas Bar No. 00794818
Email: jw@wsfirm.com
Bruce A. Smith
Texas Bar No. 18542800
Email: bsmith@wsfirm.com
Claire Abernathy Henry
Texas Bar No. 24053063
Email:  claire@wsfirm.com
J. Wesley Hill
Texas Bar No. 24032294
Email: wh@wsfirm.com
**WARD & SMITH LAW FIRM**
P.O. Box 1231
Longview, TX 75606
Tel: (903) 757-6400
Fax: (903) 757-2323

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system per Local Rule CV-5(a)(3) on the 31st day of July, 2012.

/s/ T. John Ward, Jr.
T. John Ward, Jr.