**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **PATTON BOGGS LLP,** | § § § | |
| Plaintiff, | § | |
| v. | § § | CIVIL NO. 2:12-CV-160 |
| **UPAID SYSTEMS, LTD.,** | § § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

In consideration of Plaintiff's filing of a Notice of Voluntary Dismissal Without Prejudice (Doc. No. 9) before an answer or motion for summary judgment has been filed by Defendant Upaid Systems, Ltd., the Court hereby dismisses all claims against Defendant without prejudice in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i).

It is SO ORDERED.

SIGNED this 3rd day of August, 2012.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE