**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| PATTON BOGGS LLP | § | |
| | § | |
| v. | § | Case No. 2:12-cv-160 |
| | § | |
| UPAID SYSTEMS, LTD. | § | |

**FINAL JUDGMENT**

In accordance with the Court's order dismissing without prejudice the remaining claims

in this case, it is hereby **ORDERED, ADJUDGED, and DECREED** that final judgment be

entered in this case.

All relief not previously granted is hereby DENIED.

**It is SO ORDERED.**

**SIGNED this 3rd day of August, 2012.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE